# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TYRONE NUNN, SR.,

    Plaintiff,

v.                                    CASE NO. 4:08cv22-RH/WCS

SHERIFF TERRY LANGELY, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Southern District of Georgia, Newnan Division. The clerk shall take all

*Page 2 of 2*

actions necessary to effect the transfer.

  SO ORDERED this 18th day of February, 2008.

               <u>s/Robert L. Hinkle    </u>
               Chief United States District Judge

*Case No: 4:08cv22-RH/WCS*